UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

HANEEF SHAKEEL JACKSON-BEY,

v.                                                                    CASE NO. 5:24-cv-26-SDM-PRL

E.K. CARLTON, et al.,
_____/

### ORDER

Appearing *pro se*, Haneef Shakeel Jackson-Bey sues under 28 U.S.C. § 1331 and *Bivens v. Six Unknown Federal Narcotic Agents*, 403 U.S. 388 (1971). An earlier order (Doc. 10) dismissed Jackson-Bey's complaint for failure to state a claim. The order requires Jackson-Bey, no later than November 18, 2024, to file an amended complaint to proceed with his claims. Jackson-Bey has not amended his complaint or responded to the order. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. The clerk must close this case.

**ORDERED** in Tampa, Florida, on December 2, 2024.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE